Maria C. Roberts, SBN 137907
mroberts@sgrlawfirm.com
Alison P. Adema, SBN 149285
aadema@sgrlawfirm.com
Ryan Blackstone-Gardner, SBN 208816
rblackstone-gardner@sgrlawfirm.com
SWEENEY GREENE & ROBERTS
401 West A Street, Suite 1675
San Diego, CA 92101
Telephone: (619) 398-3400
Facsimile: (619) 330-4907

Attorneys for Defendant Palo Verde Healthcare District

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

| | |
|---|---|
| DENNIS RUTHERFORD, an individual; PETER KLUNE, an individual, and TARA BARTH, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PALO VERDE HEALTH CARE DISTRICT, a public entity; TRINA SARTIN, an individual; SANDRA HUDSON, an individual; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. EDCV13-01247 JAK (SPx)<br>[Consolidated with Case Nos. EDCV13-01249 JAK (SPx) and EDCV13-01250 JAK (SPx)]<br><br>Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Sheri Pym<br>Action Date: July 16, 2013<br><br>Discovery Cutoff:　January 2, 2015<br>Pretrial Conference:　March 23, 2015<br>Trial Date:　April 7, 2015<br><br>**DEFENDANT PALO VERDE HEALTHCARE DISTRICT'S PROPOSED STATEMENT OF THE CASE** |

Palo Verde Healthcare District is a small 51-bed rural hospital located in Blythe, California, which is governed by a volunteer Board of Directors elected by the public in Blythe.  Between 2009 and early 2013 Plaintiff, Peter Klune, was employed under a contract with Palo Verde Healthcare District to serve as its Chief Executive Officer.  Between 2010 until early 2013, Dennis Rutherford was employed under a contract with Palo Verde Healthcare District to serve as its Chief Financial Officer.

On January 22, 2013, the Board of Directors of Palo Verde Healthcare District voted to terminate the contract with Mr. Klune, which was approximately one year before the contract was set to expire. On February 19, 2013, the Board voted not to renew the contract of Dennis Rutherford upon its scheduled expiration date one week later.

Plaintiffs Peter Klune and Dennis Rutherford filed this lawsuit alleging that the reasons Palo Verde Healthcare District ended their employment was because they had made certain reports to government agencies regarding various activities that they believed were unlawful.  Plaintiffs assert that their separation from Palo Verde Healthcare District was in retaliation for acting as "whistleblowers."  Plaintiffs seek to recover damages for the harm they allege was caused by the decisions to end their employment.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | Palo Verde Healthcare District denies the Plaintiffs' allegations in their entirety. The Board who voted to end their employment asserts it had legitimate business reasons for their decision to end the Plaintiffs' employment, including that Palo Verde Healthcare District was in a dire financial state due to the mismanagement of the Plaintiffs, had lost confidence in them and could no longer afford to pay their high salaries.  In addition, the Board was concerned because neither of the Plaintiffs had taken any steps to prevent or address the financial problems that had been growing over a period of at least twelve months.  Palo Verde Healthcare District also disputes the Plaintiffs' claims for damages.

DATED:  March 24, 2015

SWEENEY GREENE & ROBERTS

By:  */s/ Maria C. Roberts*
    Maria C. Roberts
    Alison P. Adema
    Ryan Blackstone-Gardner
    Attorneys for Defendant
    Palo Verde Healthcare District