Maria C. Roberts, SBN 137907
mroberts@sgrlawfirm.com
Alison P. Adema, SBN 149285
aadema@sgrlawfirm.com
Ryan Blackstone-Gardner, SBN 208816
rbg@sgrlawfirm.com
SWEENEY GREENE & ROBERTS
401 West A Street, Suite 1675
San Diego, CA 92101
Telephone:  (619) 398-3400
Facsimile:   (619) 330-4907

Attorneys for Defendant Palo Verde Healthcare District

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

| | |
|---|---|
| DENNIS RUTHERFORD, an individual; PETER KLUNE, an individual, and TARA BARTH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PALO VERDE HEALTH CARE DISTRICT, a public entity; TRINA SARTIN, an individual; SANDRA HUDSON, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. EDCV13-01247 JAK (SPx)<br>[Consolidated with Case Nos. EDCV13-01249 JAK (SPx) and EDCV13-01250 JAK (SPx)]<br><br>Judge:  Hon. John A. Kronstadt<br>Magistrate Judge:  Hon. Sheri Pym<br>Action Date:  July 16, 2013<br><br>Discovery Cutoff:  January 2, 2015<br>Pretrial Conference:  April 6, 2015<br>Status Conference:  April 20, 2015<br>Trial Date:  April 21, 2015<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT PALO VERDE HEALTHCARE DISTRICT'S CLOSING TRIAL BRIEF** |

Defendant Palo Verde Healthcare District respectfully submits the following Appendix of Exhibits in support of its Closing Trial Brief in the above matter:

<u>Trial Exhibit 94</u>: PVHD Board of Directors Meeting Minutes of December 12, 2012, pages APP001 through APP006.

<u>Trial Exhibit 96</u>: PVHD Board of Directors Meeting Minutes of December 14, 2012, pages APP007 through APP009.

<u>Trial Exhibit 97</u>: PVHD Board of Directors Meeting Minutes of January 16, 2013, pages AP0010 through APP0011.

<u>Trial Exhibit 109</u>: PVHD Board Package Financial Report and Presentation of January 16, 2013, pages APP0012 through APP0043.

<u>Trial Exhibit 111</u>: Hospital Chief Executive Officer Agreement dated February 28, 2011, pages APP0044 through APP0051.

<u>Trial Exhibit 408</u>: Hospital Chief Executive Officer Agreement dated April 29, 2009, pages APP0052 through APP0059

<u>Trial Exhibit 449</u>: Hospital Chief Financial Officer Agreement dated February 28, 2011, pages APP0060 through APP0067.

<u>Trial Exhibit 508</u>: Email exchange between Dennis Rutherford and Pat Lash regarding "Catching Up," dated July 1, 2011, pages APP0068 through APP0071.

/ / /

1    Trial Exhibit 509:   Email exchange between Dennis Rutherford and Pat Lash
2                         regarding "Questions," dated August 4, 2011, pages
3                         APP0072 through APP0074.
4
5    Trial Exhibit 510:   Email exchange between Dennis Rutherford and Pat Lash
6                         regarding "How Are You?," dated February 21, 2012, pages
7                         APP0075 through APP0077.
8
9    Trial Exhibit 511:   Email exchange between Dennis Rutherford and Pat Lash
10                        regarding "How Goes the Battle?," dated July 9, 2012,
11                        pages APP0078 through APP0079.
12
13   Trial Exhibit 515:   Order to Show Cause re preliminary Injunction and TRO
14                        and Notice of Ruling and Preliminary Injunction, in the
15                        matter of *Medical Staff of Palo Verde Hospital v. Palo
16                        Verde Healthcare District, Peter Klune, et al.*, case number
17                        BLC1200312, Riverside County Superior Court, pages
18                        APP0080 through APP0084.
19
20   Exhibit A:           Relevant excerpts of the Trial Transcripts in this matter,
21                        dated April 21, 22, 23, 24, 28 and 29, 2015, pages APP0085
22                        through APP0189.
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

<u>Exhibit B</u>:        Relevant excerpts of the transcripts of the Deposition of Dennis Rutherford, dated August 11, 2014 and August 27, 2014, pages APP0190 through APP0240.

DATED: May 18, 2015                SWEENEY GREENE & ROBERTS

By:  <u>*/s/ Maria C. Roberts*</u>
    Maria C. Roberts
    Attorneys for Defendant
    Palo Verde Healthcare District