Exhibit 109



# PALO VERDE HOSPITAL

## Board Package Financial Report

## January 16, 2013

---

**Financial Statements**

**Executive Summary**                                    1-2

**Income Statements**                                    3

- **For the Month and Five Months Ending November 30, 2012**

**Comparative Balance Sheets**                           4

- **As of November 30, 2012 and Fiscal Year Ending June 30, 2012**

**Summary Statement of Cash Flows**                      5

- **For the Five Months Ending November 30, 2012**

**Key Statistics**                                       6

- **Monthly Statistics for Each of the Five Months Ending November 30, 2012 and 2011**

**Summary of Capital Purchases**                         7-8

DFT005278

Rutherford v. PVHD
Joint Trial Exhibit No. 109

APP0012



DATE:      **January 16, 2013**
TO:        **Board of Directors, Palo Verde Hospital Health Care District**
FROM:      **Dennis Rutherford, Chief Financial Officer**

SUBJECT:   **Financial Report – Executive Summary**

<u>Summary</u>

For the five months ending November 30, 2012 the hospital has incurred a loss from operations totaling approximately $1.1 million as compared to an approximate "break even" year-to-date result for the prior year. The loss from operations for the month of November totaled $680,000.  The hospital's cash balance as of November 30, 2012 was $4.6 million.

The year-to-date loss from operations is due primarily to the following:

- Expected increase in utilization in October and November did not occur
- Adjusted patient days on a year-to-date basis is down 14.7% over the prior year
- Surgery cases are down 30% on a year-to-date basis as compared to the prior year
- State budgetary pressure has resulted in reduced Medi-Cal reimbursement

<u>Utilization – Key Indicators</u>

- Average daily census 10.83 and 10.82 for the month of November and year-to-date, respectively.  Prior year-to-date ADC of 12.59. (14% reduction over prior year-to-date)

- Patient days of 325 and 1,656 for the month of November and year-to-date, respectively. Prior year-to-date patient days of 1,926. (14% reduction over prior year-to-date)

- Surgery cases of 80 and 367 for the month of November and year-to-date, respectively. Prior year to date cases of 527. (30.4% reduction over prior year-to-date)

- Emergency Department visits of 830 and 4,275 for the month of November and year-to-date, respectively.  Prior year-to-date visits of 4,371 (2.2% reduction over prior year)

- Adjusted patient days of 778 and 4,010 for the month of November and year-to-date, respectively. Prior year-to-date APD of 4,701 (14.7% reduction)

1

DFT005279

Rutherford v. PVHD
Joint Trial Exhibit No. 109

APP0013

**Financial Performance**

- Net patient revenue of $1.72 million and $9.94 million for the month of November and year-to-date, respectively.  Prior year-to-date net patient revenue totaled $11.3 million. (12% reduction over prior year)

- Operating expenses of $2.42 million and $11.8 million for the month of November and year-to-date, respectively. Prior year-to-date operating expenses totaled $11.5 million. (2.9% increase)

- Loss from Operations of ($680,000) and ($1,065,000) for the month of November and year-to-date, respectively.

**Summary of Changes in Cash – Year-To-Date as of November 30, 2012**

| | |
|---|---|
| Cash balance June 30, 2012 | $ 7,284,853 |
| Loss from operations | (1,065,492) |
| DHCS payments | (650,000) |
| Capital purchases | (100,000) |
| Payments on debt | (224,000) |
| Change in balance sheet items (AR, etc.) | (639,418) |
| Reduction in cash YTD | $ (2,678,910) |
| Cash balance November 30, 2012 | $ 4,605,943 |

2

DFT005280

Rutherford v. PVHD
Joint Trial Exhibit No. 109

APP0014

**PALO VERDE HOSPITAL**
**PROFIT AND LOSS ANALYSIS - BOARD REPORT**
**November 2012**
(UNAUDITED)

| | Month-to-Date | | | | | Year-to-Date | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Actual | Budget | $ Variance | % Variance | | Actual | Budget | $ Variance | % Variance |
| **Revenue** | | | | | | | | | |
| Patient Service Revenue | $6,443,944 | $7,071,253 | (627,309) | -9.7% | | $32,277,847 | $35,356,265 | ($3,078,418) | -9.5% |
| Less: Contractual Allowances | ($4,025,427) -62.5% | ($4,237,123) -59.9% | 211,696 | 2.5% | | (18,809,719) -58.3% | (21,185,613) -59.9% | 2,375,893 | -1.6% |
| Bad Debt | ($462,841) -7.2% | ($299,708) -4.2% | (163,133) | 2.9% | | (1,806,909) -5.6% | (1,490,540) -4.2% | (308,369) | 1.4% |
| Charity | ($238,474) -3.7% | ($253,459) -3.6% | 14,985 | 0.1% | | (1,725,730) -5.3% | (1,267,296) -3.6% | (458,433) | 1.8% |
| Total contractual Allowances | (4,726,742) -73.4% | (4,790,290) -67.7% | 63,548 | 5.6% | | (22,342,358) -69.2% | (23,951,449) -67.7% | 1,609,091 | 1.5% |
| Net patient service revenue | 1,717,202 26.6% | 2,280,963 32.3% | (563,761) | 5.6% | | 9,935,489 30.8% | 11,404,816 32.3% | (1,469,327) | 1.5% |
| Other revenue | $15,872 0.2% | 18,908 0.3% | (3,036) | 0.0% | | 828,341 2.6% | 94,542 0.3% | 733,799 | -2.3% |
| Total operating revenues | 1,733,074 26.9% | 2,299,872 32.5% | (566,797) | 5.6% | | 10,763,830 33.3% | 11,499,358 32.6% | (735,528) | -0.8% |
| **Expenses** | | | | | | | | | |
| Salaries and wages | $924,677 53.8% | $ 943,040 41.3% | (18,363) | -12.5% | | $4,730,034 47.6% | $ 4,715,200 41.3% | 14,834 | -6.3% |
| Benefits | 190,272 20.6% | 201,144 21.3% | (10,873) | 0.8% | | 954,157 20.2% | 1,005,722 21.3% | (51,566) | 1.2% |
| Contract labor | 164,007 9.6% | 195,404 8.6% | (31,397) | -1.0% | | 889,553 9.0% | 977,018 8.6% | (87,466) | -0.4% |
| Physician fees | 220,131 12.8% | 229,600 10.1% | (9,469) | -2.8% | | 1,112,407 11.2% | 1,147,908 10.1% | (35,592) | -1.1% |
| Professional Fees-Non Medical | 182,154 10.6% | 27,485 1.2% | 154,669 | -9.4% | | 304,768 3.1% | 137,425 1.2% | 167,344 | -1.9% |
| Supplies | 160,003 7.4% | 169,304 7.4% | (9,301) | -1.0% | | 875,580 8.8% | 846,520 7.4% | 29,060 | -1.4% |
| Purchased Services-Non-Medical | 254,863 14.8% | 347,023 15.2% | (92,160) | 0.4% | | 1,417,211 14.3% | 1,735,115 15.2% | (317,904) | 0.9% |
| Repairs/maintenance | 32,686 1.9% | 25,089 1.1% | 7,796 | -0.8% | | 155,528 1.6% | 125,447 1.1% | 30,081 | -0.5% |
| Rents & Leases | 47,884 2.8% | 48,828 2.1% | (945) | -0.6% | | 207,724 2.1% | 244,142 2.1% | (36,418) | 0.0% |
| Utilities | 46,144 2.7% | 45,356 2.0% | 788 | -0.7% | | 225,446 2.3% | 226,779 2.0% | (1,333) | -0.3% |
| Insurance | 53,708 3.1% | 53,688 2.4% | 20 | -0.8% | | 268,434 2.7% | 268,440 2.4% | (6) | -0.3% |
| Licenses & Taxes | 18,322 1.1% | 3,801 0.2% | 14,521 | -0.9% | | 89,223 0.9% | 19,004 0.2% | 70,219 | -0.7% |
| Interest expense | 18,544 1.1% | 16,771 0.7% | 1,773 | -0.3% | | 95,548 1.0% | 83,856 0.7% | 11,691 | -0.2% |
| Dues & Subscriptions | 6,466 0.4% | 3,205 0.1% | 3,261 | -0.2% | | 19,017 0.2% | 16,025 0.1% | 2,992 | -0.1% |
| Travel & Training | 40,011 2.3% | 28,371 1.2% | 11,640 | -1.1% | | 196,339 2.0% | 141,854 1.2% | 54,486 | -0.7% |
| Other Operating Expense | 5,774 0.3% | 12,692 0.6% | (6,918) | 0.2% | | 46,354 0.5% | 63,460 0.6% | (17,106) | 0.1% |
| Depreciation and amortization | 48,224 2.8% | 41,914 1.8% | 6,309 | -1.0% | | 242,000 2.4% | 209,572 1.8% | 32,428 | -0.6% |
| Total operating expenses | 2,414,068 140.6% | 2,392,716 104.9% | 21,353 | -35.7% | | 11,829,322 119.1% | 11,963,578 104.9% | (134,255) | -14.2% |
| Income (Loss) From Operations | (680,994) -39.7% | (92,844) -4.1% | (588,150) | 35.6% | | (1,065,492) -10.7% | (464,220) -4.1% | (601,273) | 6.7% |
| District Tax Revenue | $166 0.0% | 6,000 | (5,834) | | | 9,468 | 30,000 | (20,532) | 0.0% |
| Investment income | $906 0.1% | 7,083 0.3% | (6,178) | 0.3% | | 8,905 | 35,417 | (26,511) | 0.0% |
| Excess/(deficit) of revenues over expense | (679,922) -39.2% | (79,761) -3.5% | (600,162) | 35.8% | | (1,047,120) -9.7% | (398,603) -3.5% | (648,317) | 6.3% |
| Increase/(Decrease) in net assets | ($679,922) | ($79,761) | (600,162) | | | ($1,047,120) | ($398,603) | (648,317) | |

3

DFT005281

Rutherford v. PVHD
Joint Trial Exhibit No. 109

APP0015

**PALO VERDE HOSPITAL**
**COMPARATIVE BALANCE SHEETS - BOARD REPORT**
**DATES AS INDICATED**

| ASSETS | Unaudited 11/30/2012 | Audited 6/30/2012 | Audited 6/30/2011 | 2013 - 2012 $ Change | % Change |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash | $        478,919 | $     1,614,174 | $     2,459,280 | $ (1,135,255) | -237.05% |
| Short-term Investments | 4,127,024 | 5,670,679 | 7,044,091 | (1,543,654) | -27.51% |
| **Total Cash and Equivalents** | 4,605,943 | 7,284,853 | 9,503,371 | (2,678,910) | -24.65% |
| Patient Accounts Receivable | 20,159,453 | 19,486,206 | 17,447,578 | 673,246 | -5.63% |
| Accounts Receivable Reserves | (15,558,390) | (15,398,534) | (13,070,992) | (159,856) | 7.30% |
| **Net Accounts Receivable** | 4,601,063 | 4,087,673 | 4,376,586 | 513,390 | -24.67% |
| Inventory | 451,908 | 454,967 | 752,273 | (3,059) | -251.21% |
| Other Assets (includes prepaids & est. third party receivables) | 2,567,698 | 1,851,579 | 355,186 | 716,120 | -44.21% |
| Total Other Assets | 3,019,607 | 2,306,546 | 1,107,459 | 713,061 | -37.60% |
| **Total Current Assets** | 12,226,613 | 13,679,071 | 14,987,416 | (1,452,458) | -9.29% |
| **Fixed Assets** | | | | | |
| Land | 187,755 | 187,755 | 187,755 | - | -604.65% |
| Buildings | 1,341,907 | 1,252,896 | 1,185,395 | 89,011 | -84.60% |
| Capital Equipment | 4,383,227 | 4,364,196 | 3,317,352 | 19,031 | -25.90% |
| Total Plant & Equipment | 5,912,889 | 5,804,847 | 4,690,503 | 108,042 | -19.20% |
| Accumulated Depreciation | (3,236,727) | (2,994,726) | (2,489,374) | (242,000) | 35.07% |
| **Net Fixed Assets** | 2,676,163 | 2,810,121 | 2,201,129 | (133,958) | -42.42% |
| **TOTAL ASSETS** | $   14,902,776 | $  16,489,192 | $  17,188,545 | $ (1,586,416) | -7.62% |
| **LIABILITIES AND RETAINED EARNINGS** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | 1,606,182 | 1,322,132 | 1,422,552 | $    284,051 | -70.68% |
| Accrued Payroll & Benefits | 828,420 | 886,454 | 788,631 | (58,034) | -137.04% |
| Accrued Other Liabilities | 819,863 | 731,419 | 478,680 | 88,444 | -138.47% |
| Estimated Third Party Settlements | 2,215,521 | 2,873,666 | 2,116,302 | (658,146) | -51.24% |
| **Total Current Liabilities** | 5,469,986 | 5,813,671 | 4,806,166 | (343,685) | -20.75% |
| **Long-Term Liabilities** | | | | | |
| City Loan | - | - | - | | 0.00% |
| Mortgage | 603,533 | 673,191 | 739,532 | (69,658) | -188.10% |
| Capitalized Leases | 1,074,766 | 1,228,889 | 764,273 | (154,123) | -105.63% |
| Other Long-Term Liability | - | - | - | | 0.00% |
| **Total Long-Term Liabilities** | 1,678,299 | 1,902,080 | 1,503,805 | (223,782) | -67.64% |
| **TOTAL LIABILITIES** | 7,148,284 | 7,715,751 | 6,309,971 | (567,467) | -15.88% |
| **RETAINED EARNINGS** | 7,754,491 | 8,773,440 | 10,878,574 | (1,018,949) | -14.64% |
| **TOTAL LIABILITIES AND RETAINED EARNINGS** | $   14,902,776 | $  16,489,192 | $  17,188,545 | $ (1,586,416) | -7.62% |

4

DFT005282

Rutherford v. PVHD
Joint Trial Exhibit No. 109

APP0016

### PALO VERDE HOSPITAL
### Summary Statement of Cash Flows
#### Fiscal Year-to-Date

| | YTD |
|---|---|
| **Excess/(deficit) of revenues over expense** | $ (1,047,120) |
| | - |
| **Changes in:** | - |
| Depreciation | 242,000 |
| Accounts receivable (net) | (513,390) |
| Inventory | 3,059 |
| Other Assets (includes prepaids & est. third party rec.) | (710,943) |
| Accounts payable | 284,051 |
| Accrued payroll & benefits | (58,034) |
| Other accrued liablities (includes Third Party Liab.) | (541,531) |
| **Net cash provided (used) by operating activity** | $ (2,341,908) |
| | |
| Purchases of equipment | (108,042) |
| **Net cash provided (used) in investing activities** | $ (108,042) |
| | |
| Principal payment of Mortgage | (69,658) |
| Principal payments under capital leases | (154,123) |
| **Net cash provided (used) in financing activities** | $ (223,782) |
| | |
| Net change in cash and cash equivalents | (2,678,910) |
| Cash and cash equivalents, beginning of period | 7,284,853 |
| | |
| **Cash and cash equivalents, end of period** | $ 4,605,943 |

| | | % to Chg in Cash |
|---|---|---|
| **Summary of YTD Activity** | | |
| **YTD Change in Cash** | $ (2,680,000) | |
| | | |
| Cash Items | | |
| DHCS payments on principal debt | (650,000) | 24.3% |
| Mortgage/ Capital Lease payments on principal debt | (224,000) | 8.4% |
| Capital Equipment purchased | (100,000) | 3.7% |
| Prepaids (YTD change) | (150,000) | 5.6% |
| **Total for Cash Items** | (1,124,000) | 41.9% |
| | | |
| Non-Cash Items | | |
| YTD Loss | (1,050,000) | 39.2% |
| Increase in Accounts Receivable | (500,000) | 18.7% |
| | | |
| **Total for Non-Cash Items** | (1,550,000) | 57.8% |
| | | |
| **Total** | $ (2,674,000) | 99.8% |
| | | |
| Variance | (6,000) | 0.2% |

5

DFT005283

Rutherford v. PVHD
Joint Trial Exhibit No. 109

## PALO VERDE HOSPITAL
## KEY STATISTICS
## MONTHS AS INDICATED

| | Fiscal 2013 | | | | | Fiscal 2012 | | | | | Compare to Prior Mo. Variance | Compare to Prior Mo. % | Same Month Prior Year Variance | Same Month Prior Year % | FY 2013 YTD | FY 2012 YTD | Fiscal Year 2012-2013 Variance | Fiscal Year 2012-2013 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nov-12 | Oct-12 | Sep-12 | Aug-12 | Jul-12 | Nov-11 | Oct-11 | Sep-11 | Aug-11 | Jul-11 | | | | | | | | |
| Average Daily Census | 10.83 | 11.45 | 13.97 | 7.45 | 10.52 | 13.37 | 12.10 | 12.77 | 13.26 | 11.45 | (0.62) | -5.4% | (2.53) | -19.0% | 10.82 | 12.59 | (1.76) | -14.0% |
| Patient Days | 325 | 355 | 419 | 231 | 326 | 401 | 375 | 383 | 411 | 355 | (30) | -8.5% | (76) | -19.0% | 1,656 | 1,926 | (270) | -14.0% |
| Discharges | 112 | 117 | 135 | 83 | 116 | 135 | 130 | 125 | 137 | 117 | (5) | -4.3% | (23) | -17.0% | 563 | 644 | (81) | -12.6% |
| Average Length of Stay | 2.90 | 3.03 | 3.10 | 2.78 | 2.81 | 2.97 | 2.88 | 3.06 | 3.00 | 3.04 | (0.13) | -4.4% | (0.07) | -2.3% | 2.94 | 2.99 | (0.05) | -1.6% |
| Newborn Days | 49 | 42 | 56 | 26 | 38 | 33 | 25 | 31 | 52 | 21 | 7 | 16.7% | 16 | 48.5% | 211 | 162 | 49 | 30.2% |
| Deliveries | 22 | 17 | 22 | 12 | 19 | 19 | 12 | 14 | 24 | 10 | 5 | 29.4% | 3 | 15.8% | 92 | 79 | 13 | 16.5% |
| Emergency Visits | 830 | 830 | 893 | 857 | 865 | 861 | 880 | 895 | 800 | 935 | 0 | 0.0% | (31) | -3.6% | 4,275 | 4,371 | (96) | -2.2% |
| % Admitted through ER | 7.5% | 7.6% | 7.3% | 6.4% | 7.2% | 10.0% | 9.3% | 9.4% | 7.8% | 8.8% | -0.1% | -1.6% | (0) | -25.2% | 7.2% | 9.1% | -1.9% | |
| Surgery Cases: | | | | | | | | | | | | | | | | | | |
| Inpatient | 11 | 15 | 11 | 11 | 17 | 18 | 21 | 28 | 28 | 23 | (4) | -26.7% | (7) | -38.9% | 67 | 118 | (51) | -43.2% |
| Outpatient | 47 | 44 | 38 | 40 | 25 | 54 | 40 | 52 | 55 | 37 | 3 | 6.8% | (17) | -26.5% | 194 | 248 | (54) | -21.8% |
| Endoscopic Procedures | 22 | 11 | 29 | 18 | 26 | 27 | 31 | 30 | 30 | 23 | 11 | 100.0% | (5) | -16.5% | 106 | 161 | (55) | -34.2% |
| Total Surgery Cases | 80 | 70 | 80 | 69 | 68 | 99 | 92 | 130 | 113 | 83 | 10 | 14.3% | (29) | -26.8% | 367 | 527 | (160) | -30.4% |
| Adjusted Patient Days | 778 | 779 | 941 | 682 | 830 | 852 | 851 | 847 | 1,147 | 993 | (1) | -0.1% | (84) | -9.7% | 4,010 | 4,701 | (691) | -14.7% |



**Adjusted Patient Days**

| | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 |
|---|---|---|---|---|---|---|---|---|---|---|
| Adjusted Patient Days | 778 | 779 | 941 | 682 | 830 | 852 | 851 | 847 | 1,147 | 993 |



**Total Surgery Cases**

| | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Surgery Cases | 80 | 70 | 80 | 69 | 68 | 99 | 92 | 130 | 113 | 83 |



**Emergency Visits**

| | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 |
|---|---|---|---|---|---|---|---|---|---|---|
| Emergency Visits | 830 | 830 | 893 | 857 | 865 | 861 | 880 | 895 | 800 | 935 |

DFT005284

Rutherford v. PVHD
Joint Trial Exhibit No. 109

APP0018

**Palo Verde Hospital**
**Summary of Capital Assets**
**Fiscal Year - July 1 through June 30**
**Fiscal Year as Indicated**

| SUMMARY OF CAPITAL ASSETS | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| Buildings | $ 23,004 | $ 139,353 | $ - | $ - | $ 26,759 | $ 67,500 | $ 89,011 | $ 345,628 |
| Fixed Equipment | 10,452 | - | - | 710,530 | 5,979 | - | - | 726,961 |
| Computer Software | 26,488 | - | 29,288 | - | - | 15,789 | - | 71,565 |
| Computer Equipment | - | - | - | 89,112 | - | 119,740 | 19,031 | 227,883 |
| Major Equipment | 358,844 | 115,953 | 79,939 | 338 | 356,970 | 811,430 | - | 1,723,474 |
| Total | $ 418,788 | $ 255,306 | $ 109,227 | $ 799,980 | $ 389,708 | $ 1,014,459 | $ 108,042 | $ 3,095,511 |

| SUMMARY | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| Capital Purchased | 274,972 | 44,188 | 109,227 | 89,450 | 188,564 | 225,004 | 108,042 | 1,039,448 |
| Capital Financed | 143,816 | 211,118 | - | 710,530 | 201,144 | 789,455 | - | 2,056,062 |
| Total | $ 418,788 | $ 255,306 | $ 109,227 | $ 799,980 | $ 389,708 | $ 1,014,459 | $ 108,042 | $ 3,095,510 |

| DETAILED CAPITAL ASSETS<br>Building Improvements | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| Flooring Rooms and Cafeteria | 23,004 | 5,035 | | | | | | 28,039 |
| Barnard House Land | | 134,318 | | | | | | 134,318 |
| OR Walls | | | | | 2,886 | | | 2,886 |
| Water Lines Replaced | | | | | 23,276 | | | 23,276 |
| Subtotal | $ 23,004 | $ 139,353 | $ - | $ - | $ 26,162 | $ - | $ - | $ 188,519 |
| WiP: Seismic project | | | | | 597 | | 36,560 | 37,157 |
| WiP: Utility Upgrade | | | | | | 67,500 | 52,451 | 119,951 |
| Total | $ 23,004 | $ 139,353 | $ - | $ - | $ 26,759 | $ 67,500 | $ 89,011 | $ 345,628 |

| Fixed Equipment | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| Signs and Front Door | 10,452 | | | | | | | 10,452 |
| CT Scanner & Mobile Trailer | | | | 710,530 | | | | 710,530 |
| Migrator for Exchange | | | | | 2,306 | | | 2,306 |
| Ice Maker with Storage | | | | | 3,673 | | | 3,673 |
| Total | $ 10,452 | $ - | $ - | $ 710,530 | $ 5,979 | $ - | $ - | $ 726,961 |

| Computer Software | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| HMS Time and Attendance | 13,738 | | | | | | | 13,738 |
| CAVU Radiology Dictation | 12,750 | | | | | | | 12,750 |
| HMS | | | 18,504 | | | | | 18,504 |
| HMS, E-forms | | | 10,784 | | | | | 10,784 |
| Sequel Software | | | | | | 7,335 | | 7,335 |
| Software & Cabling for HMS Network | | | | | | 4,454 | | 4,454 |
| Erad Module | | | | | | 4,000 | | 4,000 |
| Total | $ 26,488 | $ - | $ 29,288 | $ - | $ - | $ 15,789 | $ - | $ 71,565 |

| Computer Equipment | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| PACS (Dell) Workstations | | | | 16,801 | | | | 16,801 |
| Computer Switches | | | | 48,484 | | | | 48,484 |
| UPS Unit | | | | 7,072 | | | | 7,072 |
| Servers | | | | 16,755 | | | | 16,755 |
| WOWs/ Mobile Computers (3) | | | | | | 21,402 | | 21,402 |
| WOWs/ Mobile Computers (13) | | | | | | 78,448 | | 78,448 |
| Wireless Hardware & Supporting Equipment (United Data) | | | | | | 19,890 | | 19,890 |
| CR System Hardware | | | | | | | 19,031 | 19,031 |
| Total | $ - | $ - | $ - | $ 89,112 | $ - | $ 119,740 | $ 19,031 | $ 227,883 |

| Major Equipment | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| Hillrom 840 Beds 5 (Whittemore) | 6,426 | | | | | | | 6,426 |
| Battery Operated Fork Lift | 2,301 | | | | | | | 2,301 |

7

DFT005285

Rutherford v. PVHD
Joint Trial Exhibit No. 109

APP0019

| Major Equipment | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Total |
|---|---|---|---|---|---|---|---|---|
| Barriatic Bed | 6,750 | | | | | | | 6,750 |
| Coronetric Fetal Monitor #1 | 3,017 | | | | | | | 3,017 |
| Phillips Defibrillators | 35,638 | | | | | | | 35,638 |
| ProMed Server (Dell) | 5,120 | | | | | | | 5,120 |
| Bilib light w/monitor | 6,300 | | | | | | | 6,300 |
| Hillrom CC Beds 3 (Whittemore) | 11,985 | | | | | | | 11,985 |
| 2 Dell PCs | 2,024 | | | | | | | 2,024 |
| Cubicle Track Set - Standard Textile | 3,333 | | | | | | | 3,333 |
| Bed w/scale | 3,650 | | | | | | | 3,650 |
| Dinamap Vital Signs Monitor | 2,331 | | | | | | | 2,331 |
| Coronetric Fetal Monitor #2 | 3,574 | | | | | | | 3,574 |
| Zeiss Colposcope | 2,904 | | | | | | | 2,904 |
| Addition to Nursing Call Center -TRL | 10,776 | | | | | | | 10,776 |
| New compresser, Chiller #1 | 26,628 | | | | | | | 26,628 |
| Osmetech Blood Gas Machine | 7,670 | | | | | | | 7,670 |
| B Braun - 50 IV Pumps (#39) | 143,816 | | | | | | | 143,816 |
| HP Printer | 2,120 | | | | | | | 2,120 |
| Chiller #2 Replacement | 31,450 | | | | | | | 31,450 |
| 2 Epidural Pumps | 8,763 | | | | | | | 8,763 |
| Stryker Medical Stretcher | 3,527 | | | | | | | 3,527 |
| Furniture for Patient Rooms | 6,003 | | | | | | | 6,003 |
| TV's for Patient Rooms - Commercial | 4,161 | | | | | | | 4,161 |
| Curtains for Patient Rooms - Fernando's | 3,316 | | | | | | | 3,316 |
| Lighting for Patient Rooms - Crest | 1,326 | | | | | | | 1,326 |
| Patient Monitor - Jet Medical | 4,026 | | | | | | | 4,026 |
| Mini Imager -Multi Imager | 1,616 | | | | | | | 1,616 |
| Stryker Medical Stretchers | 8,296 | | | | | | | 8,296 |
| Armstrong Medical Inc | | 1,917 | | | | | | 1,917 |
| Office Equipment from Spelsberg | | 10,000 | | | | | | 10,000 |
| Hill-Rom Birthing Beds (2) | | 19,184 | | | | | | 19,184 |
| Alimed - Case Cart (surgical instruments) | | 8,052 | | | | | | 8,052 |
| Ultrasound | | 76,800 | | | | | | 76,800 |
| Multinager Sales Inc | | | 2,371 | | | | | 2,371 |
| Fisher Healthcare | | | 2,226 | | | | | 2,226 |
| Steris Equipment | | | 75,342 | | | | | 75,342 |
| Steris Corp | | | | 338 | | | | 338 |
| Satelite Phone (Disaster Prep) | | | | | 1,490 | | | 1,490 |
| Bariatric Power Lift recliner chair | | | | | 3,828 | | | 3,828 |
| Fluid/ Blanket Warmer | | | | | 4,229 | | | 4,229 |
| Recliners for patient rooms | | | | | 7,876 | | | 7,876 |
| Mindray Cardiac Monitors | | | | | 14,290 | 226,600 | | 240,890 |
| X-Ray Digitizer | | | | | 15,290 | | | 15,290 |
| Pharmacy Pumps | | | | | 15,324 | | | 15,324 |
| Newborn Hearing Screening/Natus Medical | | | | | 22,453 | | | 22,453 |
| Electronic Fetal Monitor | | | | | 31,337 | | | 31,337 |
| Biomerieux/ Vitek 2 compact 15 | | | | | 32,462 | | | 32,462 |
| Bed Replacements (5) | | | | | 33,913 | | | 33,913 |
| Steris Steam Sterilizer | | | | | 49,995 | | | 49,995 |
| Phone System/ Xeta Tech | | | | | 54,000 | | | 54,000 |
| Lanier Copiers | | | | | 70,484 | | | 70,484 |
| Amcot Cooling Tower | | | | | | 19,236 | | 19,236 |
| Bed Replacements (20) | | | | | | 139,710 | | 139,710 |
| Bronchoscope | | | | | | 11,860 | | 11,860 |
| Endoscope System | | | | | | 164,939 | | 164,939 |
| Evotech Scope | | | | | | 57,588 | | 57,588 |
| Hysteroscope | | | | | | 6,060 | | 6,060 |
| Portable Air Conditioner 12000BTU | | | | | | 4,004 | | 4,004 |
| Mamography Equipment | | | | | | 9,500 | | 9,500 |
| Bladder Scanner | | | | | | 11,350 | | 11,350 |
| POS Touch Screens & Scanners | | | | | | 20,083 | | 20,083 |
| HMS, EMR Phase 1 and 2 Equipment/ Software ** EMR | | | | | | 62,903 | | 62,903 |
| Steris washer/ disenfector (WIP/ Installation) | | | | | | 12,804 | | 12,804 |
| Cooling Tower (WIP/ Installation) | | | | | | 24,063 | | 24,063 |
| Surgical Gurneys (Hill-Rom) | | | | | | 18,745 | | 18,745 |
| Glide Scope | | | | | | 13,380 | | 13,380 |
| Portable Monitory (Mindray) | | | | | | 9,205 | | 9,205 |
| | | | | | | | | |
| Total | $ 358,844 | $ 115,953 | $ 79,939 | $ 338 | $ 356,970 | $ 811,430 | $ - | $ 1,733,474 |

8

DFT005286

Rutherford v. PVHD
Joint Trial Exhibit No. 109

APP0020

Finance

# b. Resolution 2013-01.02: Granting Check Signing Authority

DFT005287

Rutherford v. PVHD
Joint Trial Exhibit No. 109



## MEMORANDUM

**DATE:**     December 14, 2012

**TO:**     Dennis Rutherford, CFO

**FROM:**     Dakota Doyle, Administrative Assistant

**RE:**     **GRANTING CHECK SIGNING AUTHORITY**

Attached you will find a draft resolution for granting check signing authority to Provident Bank

The items needed to add and/or remove signatories are as follows:

1. **Provident Bank**
   ✓ Copy of approved Board of Directors Meeting Minutes or Resolution indicating name(s) of individual(s) to be added or removed from the Districts account.
   ✓ Two forms of identification
   ✓ Signature card addendum

**Current signatories on account are Peter Klune, Dennis Rutherford, James Carney and Catalina McLain**

I will follow up with the appropriate parties to facilitate and complete this process. Please let me know if you have any questions or concerns.

DFT005288

Rutherford v. PVHD
Joint Trial Exhibit No. 109

**RESOLUTION NUMBER 2013-01-03 OF THE BOARD OF DIRECTORS OF PALO VERDE HEALTHCARE DISTRICT**

IT IS HEREBY RESOLVED by the Board of Directors of Palo Verde Healthcare District to remove the following person from check  drawing authority on the Palo Verde Healthcare District's Account at Provident Bank, located at 350 E. Hobsonway, Blythe, California:

James Carney
Catalina McLain

IT IS HEREBY RESOLVED by the Board of Directors of Palo Verde Healthcare District to authorize the following persons of this organization in addition to those already sanctioned to draw checks on the Palo Verde Healthcare District's Account at Provident Bank, located at 350 E. Hobsonway, Blythe, California:

Trina Sartin
Samuel Burton

The Provident Bank is hereby authorized to honor and pay any and all checks so signed, included those drawn to the individual order of any officer or other person authorized to sign the same. Any check over the amount of $10,000 shall require two signatures.

PASSES AND ADOPTED at this regular meeting of the Board of Directors of the Palo Verde Healthcare District on this 16th of January 2013.

AYE: _____          NOE: _____

ABSTAIN: _____          ABSENT: _____



_____          _____
Trina Sartain, President of the Board          Samuel Burton, Secretary of the Board

DFT005289

Rutherford v. PVHD
Joint Trial Exhibit No. 109



**Finance**

## c. CFO Updates
## (CEO Compensation)

DFT005290

Rutherford v. PVHD
Joint Trial Exhibit No. 109



**DATE:**     **January 16, 2013**
**TO:**       **Board of Directors, Palo Verde Hospital Health Care District**
**FROM:**     **Dennis Rutherford, Chief Financial Officer**

**SUBJECT:**   **Board Request: CEO Compensation Summary**

---

### Executive Summary

As requested by the board, I have prepared a summary of CEO compensation. I evaluated payments made since Mr. Klune began working for the district in early 2009 through December 2012.

- Included in the analysis is a summary of contracted amounts as compared to actual payments for the time period from April 28, 2009 through December 31, 2012.

- Amounts were broken down into base salary, eligible bonus earned, deferred compensation, stipend and employee reimbursed expenses.

Based upon my analysis:

- The CEO was paid appropriately according to the financial terms of the relevant contracts as approved by the District Board of Directors.

- All bonus payments and deferred compensation paid was approved by the Board of Directors

- Reimbursed expenses were adequately documented and were approved by the board president

A summary is as follows of the analysis is attached

DFT005291

Rutherford v. PVHD
Joint Trial Exhibit No. 109

APP0025

PALO VERDE HOSPITAL
*Bringing Health & Care Together*

## Analysis and Summary of CEO Compensation For the Years Indicated

| Contract Year | Ref | Per Contract 4/28 Start 2009 | 2010 | Amended 2011 | 6% raise 2012 |
|---|---|---|---|---|---|
| Base Salary | A | $ 162,500 | $ 350,000 | $ 413,750 | $ 440,650 |
| Eligible Bonus Amount | B | - | 105,000 | - | - |
| Deferred Comp | C | | | 36,250 | 36,350 |
| **Total Wages** | | 162,500 | 455,000 | 450,000 | 477,000 |
| Stipend (as of 06/23/10) | D | | 24,500 | 7,000 | - |
| **Total Wages & Stipend** | | $ 162,500 | $ 479,500 | $ 457,000 | $ 477,000 |
| **Actual Pay** | | | | | |
| Amount Paid | E | $ 162,497 | $ 451,234 | $ 473,149 | $ 472,037 |
| Compare to contract | F | $ - | $ (28,266) | $ 16,149 | $ (4,963) |
| Expenses reimbursed | G | $ 16,848 | $ 13,237 | $ 1,294 [F] | $ 3,560 |

Notes:

[A] Per contract
[B] Bonus amount per contract was up to 30% of base salary per contract. Bonus eliminated in 2011 contract
[C] Amount funded into deferred comp plan
[D] Stipend began on June 1, 2010 and ended on February 28, 2011 under the terms of a new contract
[E] Amount paid per payroll records
[F] Variance due to timing of bonus payments between 2010 and 2011.  Bonus awarded totaled $98K
[G] Expenses reimbursed per accounts payable records.  Date paid

Page 2

DFT005292

Rutherford v. PVHD
Joint Trial Exhibit No. 109

DFT7594
Rutherford v. PVHD
Joint Trial Exhibit No. 109

PALO VERDE HOSPITAL

*Bringing Health & Care Together*

# Board of Directors Meeting

## January 16, 2013

Page 16 of 32

# Significant Factors

- Utilization is less than expected

- Seasonal "surge" did not happen in October or November

- Prison volume continues to deteriorate (see graph following for trend)

- Downward pressure on reimbursement

- Medi-Cal payments down due to budget

- Financial class mix moving to Medicare and Medi-Cal due to economy

  -Higher percentage of charity cases and bad debt

DFT7595
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 17 of 32



# Combined Prison Patient Days

DFT7596

Rutherford v. PVHD

Joint Trial Exhibit No. 109

APP00029

# Utilization - YTD

As discussed, utilization is down <u>significantly</u> vs. prior YTD

- Adjusted patient days down 15% vs. prior YTD

  - Surgery cases down over *50% since fiscal 2011*

    - 30 % compared to fiscal 2012 YTD

  - Patient days down 25% vs. prior YTD

- Result is a $1.4 million reduction in net patient revenue

  - YTD vs. prior year

  - Down 12.2% from prior YTD

DFT7597
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 19 of 32

APP00030

DFT7598
Rutherford v. PVHD
Joint Trial Exhibit No. 109

# Cash Position

| | Amount |
|---|---|
| *Cash balance at November 30:* | $4,606,000 |
| **Major uses of cash (included above)** | |
| Loss from operations | $1,065,492 |
| DHCS Payments (Fiscal Year 2010) | 650,000 |
| Payments on debt (principal) | 224,000 |
| Capital purchases | 108,000 |

Page 20 of 32

# Projected Sources of Cash

| | |
|---|---|
| AB 915 payment (April/May) | $1,500,000 |
| Meaningful use stage 2 (end of year) | $1,250,000 |
| -Federal - $725,000 | |
| -State - $525,000 | |
| DSRIP plan implementation - appoximately | $500,000 |
| Low volume adjustment extension | $200,000 |
| | |

DFT7599
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 21 of 32

# PVH Tax Revenue

## The District receives annual tax revenue support. _However it is declining_

| Fiscal Year | Amount Received | | Change from Prior Year | | % Change |
|---|---|---|---|---|---|
| 2013 Annualized | $ 71,848 | [A] | $ | 1,650 | 2.4% |
| 2012 | $ 70,198 | | $ | (21,393) | -23.4% |
| 2011 | $ 91,591 | | $ | (23,198) | -20.2% |
| 2010 | $ 114,789 | | | | |

[A] District tax revenue received through November 2012 for fiscal year 2013 is $9,468; approx. 60% is received during December and January each year.

DFT7600
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 22 of 32

DFT7601
Rutherford v. PVHD
Joint Trial Exhibit No. 109

# EMR Funding

| | STATE | | | FEDERAL | |
| --- | --- | --- | --- | --- | --- |
| | Amount | Date | | Amount | Date |
| Stage 1 | $ 550,803 | 4/30/2012 | | $ 737,616 | 9/28/2012 |
| Stage 2 | 414,437 | FY 2014 | | 555,000 | FY 2014 |
| Stage 3 | 276,292 | FY 2015 | | 370,000 | FY 2015 |
| Final | 135,906 | FY 2016 | | 182,000 | FY 2016 |
| | | | | | |
| Total | $ 1,377,438 | | | $ 1,844,616 | |

Medical staff participation is **critical** to meet subsequent funding requirements

Page 23 of 32

APP00034



# November Financial Report - YTD

## Projected Cash Balance (in millions)

Expected AB 915 Payment of $1.5M

| For the Month Ended | Nov 2012 | Dec 2012 | Jan 2013 | Feb 2013 | Mar 2013 | Apr 2013 | May 2013 | Jun 2013 |
|---|---|---|---|---|---|---|---|---|
| Projected Cash Balance | $ 4,605,944 | $ 3,645,305 | $ 3,255,240 | $ 2,378,222 | $ 1,758,889 | $ 958,889 | $ 1,350,055 | $ 650,055 |

DFT7603
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 25 of 32

APP00036

# Accounts Payable Trend



| | 2011 | 2012 | 2013 |
|---|---|---|---|
| Accounts Payable Balance | $1,422,552 | $1,322,132 | $1,606,182 |
| Over 90 Days | $118,420 | $157,264 | $231,973 |

$1,422,552   8%
$1,322,132   12%
$1,606,182   14%

$1,800,000
$1,600,000
$1,400,000
$1,200,000
$1,000,000
$800,000
$600,000
$400,000
$200,000
$-

DFT7604
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 26 of 32

# Selected Financial Data – November YTD

| Financial Results | YTD, Actual | YTD, Budget | Variance | |
|---|---|---|---|---|
| | | | $ | % |
| Cash and Equivalents | $4,605,943 | $5,900,000 | ($1,294,057) | -22% |
| Days Cash on Hand | 61 | 79 | (18) | -23% |
| Income from Operations | ($1,065,492) | ($464,220) | ($601,273) | - |
| Operating margin | -10.7% | -4.1% | -6.7% | - |
| Current Ratio | 2.32 | 2.94 | -0.62 | -21% |

| Utilization | YTD, Actual | YTD, Prior Year | | |
|---|---|---|---|---|
| Emergency Department Visits | 4,275 | 4,371 | (96) | -2% |
| Adjusted Patient Days | 4,010 | 4,701 | (691) | -15% |
| Total Surgery Cases | 367 | 527 | (160) | -30% |
| FTEs per Adjusted Occupied Bed | 6.49 | 5.54 | (0.95) | -17% |

DFT7605
Rutherford v. PVHD
Joint Trial Exhibit No. 109



# Board Approval Requested

## 1. November Financial Report

DFT7606
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 28 of 32

# Provident Bank - Check Signing Authority

## Board Resolution Required

-Eliminate prior Board President and Secretary from check signing authority on the District's Account at Provident Bank.

-Authorize signature authority for new Board President and Secretary on the District's Account at Provident Bank.



DFT7607
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 29 of 32



# CFO Update

- Review of CEO compensation

DFT7608
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 30 of 32

# CEO Comp Analysis

| Contract Year | Ref | Per Contract | | | |
| --- | --- | --- | --- | --- | --- |
| | | 4/28 Start 2009 | 2010 | Amended 2011 | 6% raise 2012 |
| Base Salary | A | $ 162,500 | $ 350,000 | $ 413,750 | $ 440,650 |
| Eligible Bonus Amount | B | $ - | 105,000 | - | - |
| Deferred Comp | C | | | 36,250 | 36,350 |
| **Total Wages** | | **162,500** | **455,000** | **450,000** | **477,000** |
| | | | | | |
| Stipend (as of 06/23/10) | D | | 24,500 | 7,000 | - |
| **Total Wages & Stipend** | | **$ 162,500** | **$ 479,500** | **$ 457,000** | **$ 477,000** |
| | | **Actual Pay** | | | |
| **Amount Paid** | E | **$ 162,497** | **$ 451,234** | **$ 473,149** | **$ 472,037** |
| **Compare to contract** | F | **$ -** | **$ (28,266)** | **$ 16,149** | **$ (4,963)** |
| | | | | F | |
| Expenses reimbursed | G | $ 16,848 | $ 13,237 | $ 1,294 | $ 3,560 |

PTO Included in Amount Paid

DFT7609
Rutherford v. PVHD
Joint Trial Exhibit No. 109

# CFO Board Update

- Urgent need to address operating losses
  - Evaluate cost structure in the short term to meet current volume
  - Strategy to increase volume to enhance revenue

- Manage reimbursement – Continue initiatives:
  - CDM analysis and continual improvement
  - Case management to minimize denials
  - Continue evaluating timing of conversion to CAH

- Cash management and retention

DFT7610
Rutherford v. PVHD
Joint Trial Exhibit No. 109

Page 32 of 32