# Exhibit 508

Re: RE: RE: RE: Catching up - Dennis Rutherford          Page 1 of 3

## Re: RE: RE: RE: Catching up

Charles Lash <clash@usc.edu>

Fri 7/1/2011 1:33 PM

To: Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org>;

Thanks, I will remind UCI that I have now become available.

I don't want to go through a recruiter. Any words of advice on how to approach UCI?

C. Patrick (Pat) Lash
949-922-5274

----- Original Message -----
From: Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org>
Date: Friday, July 1, 2011 8:10 am
Subject: RE: RE: RE: Catching up
To: Charles Lash <clash@usc.edu>

> Late last week.
>
> -----Original Message-----
> From: Charles Lash [mailto:clash@usc.edu]
> Sent: Friday, July 01, 2011 6:45 AM
> To: Dennis Rutherford
> Subject: Re: RE: RE: Catching up
>
> When did the headhunter call?
>
>
>
> C. Patrick (Pat) Lash
> 949-922-5274
>
> ----- Original Message -----
> From: Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org>
> Date: Thursday, June 30, 2011 3:06 pm
> Subject: RE: RE: Catching up
> To: Charles Lash <clash@usc.edu>
>
> > Thanks Pat.
> >
> > A headhunter called me about a job at UCI for a Director of
> Finance
> > and a couple of inquiries through headhunters is all I am hearing.
> >

https://pod51038.outlook.com/owa/



Page 1 of 4

Rutherford v. PVHD
Defendant's Trial Exhibit No. 508

Re: RE: RE: RE: Catching up - Dennis Rutherford                                     Page 2 of 3

```
> > Good luck to you also!
> >
> >
> >
> >
> >
> >
> >
> >
> > Dennis Rutherford
> > Chief Financial Officer
> > Palo Verde Hospital
> > 250 N. First Street Blythe, CA 92225| Administration
> > Office: (760) 921-3742 .   Fax: (760) 921-5200
> > Dennis.Rutherford@paloverdehospital.org . www.paloverdehospital.org
> >
> >
> > -----Original Message-----
> > From: Charles Lash [mailto:clash@usc.edu]
> > Sent: Thursday, June 30, 2011 2:39 PM
> > To: Dennis Rutherford
> > Subject: Re: RE: Catching up
> >
> > Dennis
> >
> > I will let you know if I hear of something.  I check the national
> > HFMA job sites often and there are NO listings for any jobs in
> AZ,
> > NV or HI.  Only CA has a dozen jobs, none were appealing.
> >
> > Good luck
> >
> > C. Patrick (Pat) Lash
> > 949-922-5274
> >
> > ----- Original Message -----
> > From: Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org>
> > Date: Thursday, June 30, 2011 8:38 am
> > Subject: RE: Catching up
> > To: Charles Lash <clash@usc.edu>
> >
> > > Good to hear you are enjoying some well deserved R&R.  I think
> > > Craig has been with PCH for some time now. Sounds like a
> > capable
> > > man.  I will keep my eyes open for any interim gigs and pass
> > them
> > > along where possible.  I would ask the same from you if you
> > don't
> > > mind.  Just in case I want to leave this lovely garden spot in
> > > Blythe and get back into the real world.
> > >
```

https://pod51038.outlook.com/owa/

Rutherford v. PVHD
Defendant's Trial Exhibit No. 508

APP0069

Re: RE: RE: RE: Catching up - Dennis Rutherford                                    Page 3 of 3

```
> > >
> > > Take care,
> > >
> > > Dennis
> > >
> > > -----Original Message-----
> > > From: Charles Lash [mailto:clash@usc.edu]
> > > Sent: Wednesday, June 29, 2011 8:13 AM
> > > To: Dennis Rutherford
> > > Subject: Re: Catching up
> > >
> > > Dennis
> > >
> > > Nothing new here.  I am taking a R&R rest before the next gig
> > > whenever it shows up.  I go to the gym daily.
> > >
> > > I learned the new CFO of the week at PCH is Craig McKnight who
> I
> > > worked with back in 1979.
> > >
> > > Let me know if you hear of an interim gig opening.
> > >
> > > Pat
> > >
> > > C. Patrick (Pat) Lash
> > > 949-922-5274
> > >
> > > ----- Original Message -----
> > > From: Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org>
> > > Date: Wednesday, June 29, 2011 7:54 am
> > > Subject: Catching up
> > > To: Charles Lash <clash@usc.edu>
> > >
> > > > Hi Pat,
> > > > How is the world treating you?  Are you on a new engagement?
> > > > Still
> > > > busy here in Blythe, what a strange experience but they are
> > > paying
> > > > well so until something compelling comes up here I shall stay.
> > > >
> > > > Dennis
> > > >
> > >
> > >
> >
> >
> >
>
>
>
```

https://pod51038.outlook.com/owa/

Rutherford v. PVHD
Defendant's Trial Exhibit No. 508

APP0070

RE: Help!!!!!! - Dennis Rutherford            Page 1 of 1

# RE: Help!!!!!!

Charles Lash <clash@usc.edu>

Thu 4/28/2011 9:27 AM

To:Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org>;

Looks like we both PAID. I will check the details and see if I got a credit.

-----Original Message-----
From: Dennis Rutherford [mailto:Dennis.Rutherford@paloverdehospital.org]
Sent: Thursday, April 28, 2011 9:19 AM
To: Pat Lash
Subject: iFW: Help!!!!!!

According to my Controller we paid the hotel directly for your stay on the night in question.

See you soon.

Dennis Rutherford

Chief Financial Officer
Palo Verde Hospital
250 N. First Street Blythe, CA 92225| Administration
Office: (760) 921-3742 . Fax: (760) 921-5200
Dennis.Rutherford@paloverdehospital.org . www.paloverdehospital.org