# Exhibit 509

RE: Questions - Dennis Rutherford  Page 1 of 3

# RE: Questions

**patlash@cox.net**

Thu 8/4/2011 6:53 PM

To: Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org>;

Thanks

Enjoy having a job and saving all that dough.


---- Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org> wrote:
> Pat, I just remembered. The association you were asking about is CHCA = Child Health Corporation of America.
>
> Hope this helps.
>
>
>
>
>
>
>
>
> Dennis Rutherford
> Chief Financial Officer
> Palo Verde Hospital
> 250 N. First Street Blythe, CA 92225| Administration
> Office: (760) 921-3742 *   Fax: (760) 921-5200
> Dennis.Rutherford@paloverdehospital.org<mailto:Dennis.Rutherford@paloverdehospital.org> *
[http://www.paloverdehospital.org<http://www.paloverdehospital.org/]
www.paloverdehospital.org<http://www.paloverdehospital.org/>
> [cid:image001.jpg@01CC52BB.217ACE00]
>
> From: Pat Lash [mailto:patlash@cox.net]
> Sent: Thursday, August 04, 2011 2:29 PM
> To: Dennis Rutherford
> Subject: RE: Questions
>
> Thanks for the info. That retirement plan makes me question why I didn't take the permanent job. NOT!!!!!!!!!!!!!!!!!!!!!!!!
>
> Have a great weekend.
>
>
> From: Dennis Rutherford [mailto:Dennis.Rutherford@paloverdehospital.org]
> Sent: Thursday, August 04, 2011 1:13 PM

https://pod51038.outlook.com/owa/

EXHIBIT 22 Rutherford

RE: Questions - Dennis Rutherford                                                                 Page 2 of 3

> To: Pat Lash
> Subject: RE: Questions
>
> We did use Decision Support Management from Eclypsis. It took almost three years to get it really working well. PCH belonged to the Children's Hospital Association. I think there is a California chapter.
>
> No benefit her from the solar business yet. WE shall see?
>
> I am doing OK. This place does wear on one's sensibility but they are paying me well now so I will hang around until a better alternative is available. Biggest issue for me is the ego trying to wrestle with being associated with such a tiny, dysfunctional hospital; not very prestigious for someone who grew up at Coopers & Lybrand and PricewaterhouseCoopers and fancies himself a bit of a "cut above".
>
> However since this is a District Hospital, I can set aside $72,000 a year in 457 and 401(a) plans that is tax deferred. So that helps ease the pain.
>
> Great hearing from you Pat.
>
> Dennis
>
>
>
>
>
>
>
> Dennis Rutherford
> Chief Financial Officer
> Palo Verde Hospital
> 250 N. First Street Blythe, CA 92225| Administration
> Office: (760) 921-3742 *   Fax: (760) 921-5200
> Dennis.Rutherford@paloverdehospital.org<mailto:Dennis.Rutherford@paloverdehospital.org> *
[http://www.paloverdehospital.org<http://www.paloverdehospital.org/]
www.paloverdehospital.org<http://www.paloverdehospital.org/>
> [cid:image001.jpg@01CC52BB.217ACE00]
>
> From: Pat Lash [mailto:patlash@cox.net]<mailto:[mailto:patlash@cox.net]>
> Sent: Thursday, August 04, 2011 12:29 PM
> To: Dennis Rutherford
> Subject: Questions
>
> Dennis
>
> How in the heck are you doing? You guys making money on those solar construction crews yet?
>
> I am evaluating putting together a proposal to a children's hospital in Calif and have two questions:
>
> What is the name of that assn. for children's hospitals?
>
> When you were at PCH did you guys fully use Eclipsys' cost accounting?

Rutherford v. PVHD
Defendant's Trial Exhibit No. 509

RE: Questions - Dennis Rutherford                                                                 Page 3 of 3

>
> Thanks
>
> Pat
>
> C. Patrick (Pat) Lash
> 949-922-5274
>

https://pod51038.outlook.com/owa/