# Exhibit 510

RE: How are you? - Dennis Rutherford

# RE: How are you?

**Pat Lash <patlash@cox.net>**

Tue 2/21/2012 1:21 PM

To:Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org>;

I sent out two requests to my contacts.  So I should hear something in the next day or two.

---

**From:** Dennis Rutherford [mailto:Dennis.Rutherford@paloverdehospital.org]
**Sent:** Tuesday, February 21, 2012 11:57 AM
**To:** Pat Lash
**Subject:** RE: How are you?

Probably best to use 602-770-3934  (my cell phone)

Dennis Rutherford
Chief Financial Officer
**Palo Verde Hospital**
250 N. First Street Blythe, CA 92225| Administration
Office: (760) 921-3742 •  Fax: (760) 921-5200
Dennis.Rutherford@paloverdehospital.org • www.paloverdehospital.org



*The preceding e-mail message, including any attachments, may contain information that is confidential or protected under the Health Insurance Portability and Accountability Act (HIPAA) and/or other federal and state laws.  It is intended solely for the use of the individual(s) and entity named in the message and may be restricted from disclosure by applicable state and federal law.  If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient(s), please notify the sender immediately by reply e-mail or by phone at (760) 921-3742 and delete this message from your computer.  Thank you.*

---

**From:** Pat Lash [mailto:patlash@cox.net]
**Sent:** Tuesday, February 21, 2012 11:05 AM
**To:** Dennis Rutherford
**Subject:** RE: How are you?

EXHIBIT
23
Rutherford

Rutherford v. PVHD
Defendant's Trial Exhibit No. 510

Page 1 of 3
https://bl2031.outlook.com/owa/

RE: How are you? - Dennis Rutherford

Dennis

Thanks for your note.  I was thinking about calling you and catching up last week as I am between gigs.

At the end of December 2011 I wrapped up a gig as interim CFO for a medical group in Chicago.  I will contact their CEO for some names of 'good MD billing companies.'

I will let you know what he says.  What is the best phone number for me to reach you?

Pat

---

**From:** Dennis Rutherford [mailto:Dennis.Rutherford@paloverdehospital.org]
**Sent:** Tuesday, February 21, 2012 10:37 AM
**To:** Pat Lash
**Subject:** How are you?

How are you doing Pat?  I am still serving in this "unusual" location.  The Board is paying me well, Peter is good to work with so I guess I will ride on.

Can you recommend a physician billing company?  I am trying to move our physicians with income guarantees to a better company.

Hope all is going well Pat,

Dennis

Dennis Rutherford
Chief Financial Officer
Palo Verde Hospital
250 N. First Street Blythe, CA 92225| Administration
Office: (760) 921-3742 •   Fax: (760) 921-5200
Dennis.Rutherford@paloverdehospital.org • www.paloverdehospital.org


PALO VERDE HOSPITAL
Bringing Health & Care Together

*The preceding e-mail message, including any attachments, may contain information that is confidential or protected under the Health Insurance Portability and Accountability Act (HIPAA) and/or other federal and state laws.  It is intended solely for the use of the individual(s) and entity named in the message and*

Rutherford v. PVHD
Defendant's Trial Exhibit No: 510

https://pod51038.outlook.com/owa/

Page 2 of 3

*may be restricted from disclosure by applicable state and federal law.  If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient (s), please notify the sender immediately by reply e-mail or by phone at (760) 921-3742 and delete this message from your computer.  Thank you.*

Rutherford v. PVHD
Defendant's Trial Exhibit No. 510