# Exhibit 511

## RE: How goes the battle?

**Pat Lash** <patlash@cox.net>

Mon 7/9/2012 4:31 PM

To: Dennis Rutherford <Dennis.Rutherford@paloverdehospital.org>;

**I DON'T CARE ABOUT POWER OUTAGES.  I HAVE A LARGE QUIET GENERATOR.**

**LIFE IS GOOD!**

---

**From:** Dennis Rutherford [mailto:Dennis.Rutherford@paloverdehospital.org]
**Sent:** Monday, July 09, 2012 3:35 PM
**To:** Pat Lash
**Subject:** Re: How goes the battle?

Not too much different.  I don't like the politics of these small district hospitals, but hanging in there. Making progress on systems but it's slow. Pay is good and four day week makes it nice. How are the heat issues out there impacting you? Any power outages?

Sent from my iPad

On Jul 9, 2012, at 2:47 PM, "Pat Lash" <patlash@cox.net> wrote:

> Dennis
>
> Thanks for asking.
>
> I am doing consulting work for a hospital chain in Chicago.  Third engagement in 12 months.
>
> How are things at cold weather Blythe?
>
> Pat
>
> ---
>
> **From:** Dennis Rutherford [mailto:Dennis.Rutherford@paloverdehospital.org]
> **Sent:** Monday, July 09, 2012 2:15 PM
> **To:** patlash@cox.net
> **Subject:** How goes the battle?
>
> Hello Pat,
>
> I was planning my week and noticed I hadn't touched base with you recently.  What are you up to these days?
>
> Dennis Rutherford
> Chief Financial Officer

Rutherford v. PVHD
Joint Trial Exhibit No. 511

APP0078

**Palo Verde Hospital**
250 N. First Street Blythe, CA 92225| Administration
Office: (760) 921-3742 •   Fax: (760) 921-5200
Dennis.Rutherford@paloverdehospital.org • www.paloverdehospital.org
<image001.jpg>

*The preceding e-mail message, including any attachments, may contain information that is confidential or protected under the Health Insurance Portability and Accountability Act (HIPAA) and/or other federal and state laws.  It is intended solely for the use of the individual(s) and entity named in the message and may be restricted from disclosure by applicable state and federal law.  If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you have received this message in error or are not the named recipient(s), please notify the sender immediately by reply e-mail or by phone at (760) 921-3742 and delete this message from your computer.  Thank you.*

Rutherford v. PVHD
Joint Trial Exhibit No. 511