1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE
10

11 | DENNIS RUTHERFORD, and individual; PETER KLUNE, an individual; and TARA BARTH, an individual,

Plaintiff,

vs.

PALO VERDE HEALTH CARE DISTRICT, a public entity; TRINA SARTIN, an individual; SANDRA HUDSON, an individual; SAMUEL BURTON, an individual; and DOES 1-50, inclusive,

Defendants.

Case No. EDCV13-01247 JAK (SPx)
Consolidated Cases:
EDCV13-01249 JAK (SPx)
EDCV13-01250 JAK (SPx)

**JUDGMENT   JS-6**

Trial: April 21-29, 2015

Hon.   John A. Kronstadt

Pursuant to Rules 54(a) and 58(b)(2)(B) of the Federal Rules of Civil Procedure, following the pretrial and court trial proceedings in this matter, **IT IS THEREBY ORDERED, ADJUDGED AND DECREED THAT**:

As to the second claim for relief by Plaintiff Peter Klune ("Klune") for breach of contract, JUDGMENT is entered in favor of Klune and against Defendant Palo Verde Health Care District in the amount of $440,648, plus prejudgment interest in the amount of $124,104.16. As to all other claims for relief brought by Klune, he shall take nothing, and judgment is entered in favor of Defendants Palo Verde Healthcare District, Trina Sartin, Sandra Hudson and Samuel Burton.

As to all claims by Plaintiffs Dennis Rutherford ("Rutherford") and Tara Barth ("Barth"), each shall take nothing and judgment is entered in favor of Defendants Palo Verde Healthcare District, Trina Sartin, Sandra Hudson and Samuel Burton.

The Court having previously awarded interim attorney's fees to Defendants pursuant to the California anti-SLAPP statute, it is further ordered that Defendant Palo Verde Health Care District is entitled to recover $10,990.31 in attorney's fees from Klune, $10,055.16 in attorney's fees from Rutherford, and $8,594.53 in attorney's fees from Barth. Defendants are also awarded interest on each of these amounts at the legal rate commencing June 12, 2014, which is the date of each award. That interest will continue to accrue as to each award until it is satisfied. Each plaintiff is liable only for the amount of the award against him or her together with the associated interest on such award.

Defendants are the prevailing party for the purpose of recovery of allowed costs as set forth in Local Civil Rule 54 as to Plaintiffs Rutherford and Barth. As to

///

///

Defendants and Klune, because neither is the prevailing party, each shall be responsible for their own costs.

**IT IS SO ORDERED.**

Dated: November 16, 2015         By: _____
                                  Hon. John A. Kronstadt
                                  United States District Judge